IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MATTHEW J. BURKE,                              No. 2:04-cv-2200-MCE-GGH

       Plaintiff,

  v.                                           ORDER

JO ANNE BARNHART,
Commissioner of Social Security,

       Defendant.
_____/

    On January 31, 2006, the magistrate judge filed Findings and Recommendations herein which were served on the parties and which contained notice that any Objections to the Findings and Recommendations were to be filed within ten (10) days.  No Objections were filed.

    Accordingly, the Court presumes any findings of fact are correct.  See Orland v. United States, 602 F.2d 207, 208 (9th Cir. 1999).  The magistrate judge's conclusions of law are reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

1     The Court has reviewed the applicable legal standards and,
2 good cause appearing, concludes that it is appropriate to adopt
3 the Proposed Findings and Recommendations in full.
4     Accordingly, IT IS ORDERED that:
5     1.  The Proposed Findings and Recommendations filed January
6 31, 2006, are ADOPTED;
7     2.  Plaintiff's Motion for Summary Judgment, which seeks
8 relief on the merits, is vacated from calendar.  The Commissioner
9 shall show cause within ten (10) days of the filed date of this
10 Order why this case should not be remanded back to the
11 Commissioner for a decision on reopening.
12 DATED: March 30, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2