IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MATTHEW J. BURKE,   No. 2:04-cv-2200-MCE-GGH

      Plaintiff,

  v.   <u>ORDER</u>

JO ANNE B. BARNHART,
Commissioner of Social Security,

      Defendants.
_____/

    On March 31, 2006, the Commissioner was ordered to show cause why this case should not be remanded for a decision on reopening. The Commissioner has filed a notice that it does not object to the remand of this case.

///

///

///

///

///

1

1     Accordingly, IT IS HEREBY ORDERED that this case is remanded
2 to the Commissioner pursuant to Sentence Four of 42 U.S.C. §
3 405(g) for a decision on reopening, in accordance with the
4 findings and recommendations filed January 30, 2006.  The Clerk
5 is directed to enter Judgment for the Plaintiff.
6 DATED: May 8, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2